# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:18-cv-09958-ODW (JPR) | Date | February 28, 2019 |
|---|---|---|---|
| Title | *Olivia Weinstein-Bajor v. Volvo Cars of North America, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**                  **In Chambers**

      In light of the Notice of Settlement (ECF No. 13) and the response to the Order to Show Cause (ECF No. 14), the Court discharges its previous OSC and hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, no later than **April 29, 2019**, why settlement has not been finalized. **No hearing will be held.** All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

      **IT IS SO ORDERED.**

                                                 :    00

                          Initials of Preparer    SE